**Abdiyyah ben ALKEBULANYAHH, Plaintiff—Appellant,**

v.

**Captain Thierry NETTLES, Captain; Guard James Smith, No 040635; Warden Wayne McCabe; Lieutenant K. Arens, Defendants—Appellees,**

and

**South Carolina Department of Corrections, Defendant.**

**No. 11–6987.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2011.

Decided: Nov. 18, 2011.

Abdiyyah ben Alkebulanyahh, Appellant Pro Se. Andrew Lindemann, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdiyyah ben Alkebulanyahh appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Alkebulanyahh v. Nettles*, No. 6:10–cv–02976–MBS, 2011 WL 2728453 (D.S.C. July 13, 2011). We deny Alkebulanyahh's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*